

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-28-2005

# Angeloni v. Diocese of Scranton

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-4501

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Angeloni v. Diocese of Scranton" (2005). *2005 Decisions.* Paper 1428.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1428

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

No. 03-4501

MARGARET M. ANGELONI

v.

THE DIOCESE OF SCRANTON;
VILLA ST. JOSEPH; HAZZOURI

Margaret Angeloni,
                        Appellant

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
D.C. Civil No. 02-cv-00276
District Judge:  The Honorable A. Richard Caputo

Submitted Under Third Circuit LAR 34.1(a)
February 7, 2005

Before: BARRY, FUENTES, and BECKER, <u>Circuit Judges</u>

(Opinion Filed: March 17, 2005)

ORDER AMENDING OPINION

The not precedential opinion in the above case is hereby amended as follows:

1.      Delete footnote 2 on page 4.

BY THE COURT:

**/s/ Maryanne Trump Barry**
Circuit Judge

Dated:  **March 28, 2005**
CMD/cc: Kimberly D. Borland, Esq.
        Karoline Mehalchick, Esq.
        Joseph A. O'Brien, Esq.
        James e. O'Brien Jr., Esq.